UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERICK GRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-2033- DFH-TAB |
| | ) | |
| DAILMER CHRYSLER CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY ON PLAINTIFF'S AMENDED MOTION FOR LEAVE TO TAKE DEPOSITIONS AND TO ENLARGE THE DISPOSITIVE MOTION DEADLINE

Plaintiff's amended motion for leave to take depositions after the close of discovery and to extend the deadline for filing dispositive motions [Docket No. 39] is long on details, but the facts are plain. This case has been pending since December 2004. Plaintiff has known of the need to take certain key depositions since before the original liability discovery deadline of August 14, 2005. [Docket No. 24.] Plaintiff has requested and received four enlargements of the liability discovery deadline. [Docket Nos. 24, 25, 27, 28, 31, 32, 33 and 34.] Plaintiff missed the deadline for taking these depositions and now belatedly seeks leave to take up to four depositions after the close of discovery. Defendant will not agree to these depositions. Further extending the discovery and dispositive motion deadlines would jeopardize the July 17, 2006 trial date. For all these reasons, Plaintiff's amended motion for leave to take depositions and to enlarge the dispositive motion deadline [Docket No. 39.] is denied. In addition, plaintiff's original motion for leave to take depositions after the discovery deadline [Docket No. 38.] is denied as moot.

Dated: 03/08/2006                              _____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

John H. Haskin
HASKIN LAUTER LARUE & GIBBONS
jhaskin@hlllaw.com

Aarika Denise Mack
BARNES & THORNBURG LLP
aarika.mack@btlaw.com

Jay Meisenhelder
HASKIN LAUTER LARUE & GIBBONS
jmeisenhelder@hlllaw.com

Robert Anthony Prather
BARNES & THORNBURG LLP
tony.prather@btlaw.com